UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 11-82-BR |
| v. | INDICTMENT |
| MARYA ANN BOLTON, | 18 U.S.C. §§ 2, 922(g)(1) and 924(a)(2) |
| Defendant. | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), 853 and 860a |
| | UNDER SEAL |

THE GRAND JURY CHARGES:

**Count 1:**
[Felon in Possession of a Firearm]

On or about February 11, 2011, in the District of Oregon, **MARYA ANN BOLTON**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

A.  Possession of Stolen Property in the First Degree, in the Superior Court of Washington, County of Clark, on or about March 29, 2006, Case Number 06-1-00494-9;

B.  Conspiracy to Commit Possession of a Controlled Substance - Methamphetamine, in the Superior Court of Washington, County of Clark, on or about February 8, 2007, Case Number 06-1-02071-5; and,

C.  Possession of a Controlled Substance - Methamphetamine, in the Superior Court of Washington, County of Clark, on or about April 3, 2009, Case Number 08-1-01346-4,

did knowingly and unlawfully possess a firearm, to-wit: Remington bolt-action rifle, Model 788, .308 Win, Serial Number 6046826, which had previously been transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 2:
### [Felon in Possession of a Firearm]

On or about February 4, 2011, in the District of Oregon, **MARYA ANN BOLTON**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

A.  Possession of Stolen Property in the First Degree, in the Superior Court of Washington, County of Clark, on or about March 29, 2006, Case Number 06-1-00494-9;

B.  Conspiracy to Commit Possession of a Controlled Substance - Methamphetamine, in the Superior Court of Washington, County of Clark, on or about February 8, 2007, Case Number 06-1-02071-5; and,

C.  Possession of a Controlled Substance - Methamphetamine, in the Superior Court of Washington, County of Clark, on or about April 3, 2009, Case Number 08-1-01346-4,

did knowingly and unlawfully possess a firearm, to-wit: Norinco, SKS 7.62 x 39mm rifle, Serial Number 11137298, which had previously been transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count 3:
### [Distribution of Methamphetamine]

On or about February 4, 2011, in the District of Oregon, **MARYA ANN BOLTON**, defendant herein, did knowingly and intentionally distribute a quantity of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Count 4:
### [Distribution of Methamphetamine]

On or about October 27, 2010, in the District of Oregon, **MARYA ANN BOLTON**, defendant herein, did knowingly and intentionally distribute five grams or more of methamphetamine (actual), a Schedule II controlled substance, all in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

///

///

### Count 5:
### [Distribution of Methamphetamine]

On or about October 1, 2010, in the District of Oregon, **MARYA ANN BOLTON**, defendant herein, did knowingly and intentionally distribute five grams or more of methamphetamine (actual), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 6:
### [Distribution of Methamphetamine on Premises Where a Child was Present]

On or about October 1, 2010, in the District of Oregon, **MARYA ANN BOLTON**, defendant herein, did knowingly and intentionally distribute five grams or more of methamphetamine (actual), a Schedule II controlled substance, as alleged in Count 5 [5 gm] above, on premises in which an individual under the age of 18 years was present, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and 860a.

///

///

///

## Criminal Forfeiture Allegation:
### [Narcotics Offense]

Upon conviction of a controlled substance offense listed above in Counts 3, 4, 5 and 6, **MARYA ANN BOLTON**, defendant herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

DATED this ⊃4 day of February 2011.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON, OSB # 09054
United States Attorney

*[signature]*

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney