# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

UNITED STATES OF AMERICA

V.

BOLTON, Marya Ann

SUMMONS IN A CRIMINAL CASE

Case Number: CR 11-82-BR

YOU ARE HEREBY SUMMONED to appear before the United States District court at the place, date and time set forth below.

| Place | United States Courthouse<br>1000 SW Third Ave.<br>Portland, OR 97204 | Room<br>Courtroom 9B |
|---|---|---|
| Before: | The Honorable Dennis J. Hubel | Date & Time<br>November 09, 2011<br>1:30pm |

To answer to a(n)
__ Indictment __ Information __ Complaint _XX_ Violation Notice __ Probation Violation Petition

charging you with a violation of Title __18__ United States Code, Section(s) __3142__

Brief description of the offense:
The defendant violated her Pretrial Services release conditions by being cited for Theft 3rd Degree on August 7, 2011. Additionally, on October 29, 2011, the defendant was cited for Driving While Suspended 3rd Degree.

Mary Moran
Clerk of Court

_[signature]_
Signature of Issuing Officer

**MATT KENNEY**    DEPUTY CLERK
By Name and Title of Issuing Officer

NOV 0 2 2011
Date

_[seal and certification stamp]_ to be a true and correct
original filed in this District.
11/2/11
M. Moran, Clerk of Court
District Court of Oregon
By Deputy Clerk _[signature]_
Pages ____1____ Through ____2____

## RETURN OF SERVICE

Service was made by me on:[1]   Date: 11/9/2011

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: US Courthouse — defendant was verbally advised to appear by attorney.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 11/9/2011
Date

Russel E. Burger
Name of United States Marshal

_[signature]_ US Pretrial
(by) Deputy United States Marshal

Remarks:

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.